# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00057-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DAVID KENNETH FOWLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Petition for Courts Recommendation of Pre-Release RRC Placement" [Doc. 29].

The Defendant moves the Court for a recommendation concerning placement in a residential reentry center (i.e., a halfway house) for the last twelve months of his sentence. [Doc. 29]. The Bureau of Prisons (BOP), not the Court, has the authority to designate the location of an inmate's place of imprisonment, including his placement at a halfway house or a similar facility. See 18 U.S.C. § 3621(b). Similarly, the discretion to release a prisoner to home confinement lies solely with the Attorney General. See 18 U.S.C. § 3624(c)(2); 34 U.S.C. § 60541(g). Accordingly, the Defendant's

request for a recommendation from this Court regarding his placement at a halfway house must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Petition for Courts Recommendation of Pre-Release RRC Placement" [Doc. 29] is **DENIED**.

**IT IS SO ORDERED.**

Signed: September 25, 2022

Martin Reidinger
Chief United States District Judge